UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AAA LIFE INSURANCE COMPANY,<br>PLAINTIFF,<br>v.<br>YOLANDA STOKES, an individual; BEVERLY HOGAN, an individual; and DOES 1 through 10, inclusive,<br>DEFENDANTS. | Case No. 4:26-cv-06210-AMO<br>**~~[PROPOSED]~~ ORDER GRANTING REQUEST FOR INTERPLEADER DEPOSIT (28 U.S.C. § 1335)** |

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. §1335, Rule 22 and/or Rule 67 of the Federal Rules of Civil Procedure, that the interpleader funds in the amount of $100,000.00 plus any accrued interest in the above-captioned case be deposited with the Court Registry Investment System (“CRIS”) Disputed Ownership Fund (“DOF”). Plaintiff AAA Life Insurance Company (Plaintiff”) has no ownership interest in the funds deposited.

IT IS FURTHER ORDERED that this deposit, $100,000.00 plus any accrued interest, is subject to Plaintiff’s claim for attorneys’ fees and costs, pending entry of an order allowing the claim, approving the amount, and authorizing disbursement.

IT IS FURTHER ORDERED that these funds shall be administered by the Administrative Office of the United States Courts, which shall be authorized to collect the DOF fee and to meet all DOF tax administration requirements in accordance with the court’s General Order 31.

**IT IS SO ORDERED.**

Dated: July 28, 2026

United States District Judge